UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA


ORDER

The Clerk is hereby directed to reassign the following cases from the late Judge Rudy

Lozano to Judge Theresa L. Springmann as the presider for all further proceedings:

| | |
|---|---|
| 1:14-cv-345 | Simpson et al v. General Dynamics Ordnance and Tactical Systems Simunition Operations Inc. |
| 1:15-cv-320 | Kuberski v. Allied Recreation Group, Inc. |
| 1:17-cv-412 | Hendricks v. City of Griffith et al |
| 2:14-cv-137 | Brown Inc et al v. St Paul Fire and Marine Insurance Co. et al |
| 2:14-cv-285 | United States of America v. Estate of James H LaFevre |
| 2:15-cv-134 | Andrade v. Hammond City of et al |
| 2:15-cv-287 | Elam v. Indiana State of et al |
| 2:15-cv-300 | Jendrzejczyk v. LaPorte County Sheriff et al |
| 2:15-cv-410 | Gallagher v. Pajevic |
| 2:15-cv-454 | Lozanovski v. City of Crown Point et al |
| 2:15-cv-475 | Hunter Jr. v. Long et al |
| 2:16-cv-97 | Metlife Investors USA Insurance Co. v. Steven L Lindsey et al |
| 2:16-cv-313 | Stewart v. USA |
| 2:16-cv-336 | Hinchley et al v. State Farm Mutual Automobile Insurance Co. |
| 2:16-cv-345 | Munster Steel Co Inc v. Crane 1 Services Inc |
| 2:16-cv-383 | Dalton v. Carr et al |
| 2:16-cv-459 | Hunt v. JP Morgan Chase Bank |
| 2:16-cv-489 | Zitt v. USA |
| 2:16-cv-518 | Sealed Case |
| 2:16-cv-526 | Ogden v. Receivables Performance Management LLC |
| 2:16-cv-538 | Bour v. USA |
| 2:16-cv-539 | Coopman v. USA |
| 2:17-cv-7 | Westfield Insurance Co v. Golden Phoenix Restaurant Inc et al |
| 2:17-cv-59 | Sahawneh v. Curry et al |
| 2:17-cv-76 | Sutton v. Wisconsin Central Ltd |
| 2:17-cv-77 | Cunningham v. Foresters Financial Services Inc et al |
| 2:17-cv-105 | Ham v. Commissioner of Social Security |
| 2:17-cv-164 | Williams et al v. Indiana Department of Child Services |
| 2:17-cv-174 | Zendian v. Indiana Department of Child Services |
| 2:17-cv-176 | Crane v. Lake County E 911 Government |
| 2:17-cv-190 | Pickens v. New York Life Insurance Company et al |
| 2:17-cv-195 | J & J Sports Productions Inc v. Avrohom et al |
| 2:17-cv-215 | Flores v. Smith et al |
| 2:17-cv-239 | Sanford v. Commissioner of Social Security |
| 2:17-cv-248 | Rogers v. Metals USA Inc et al |
| 2:17-cv-251 | Zuniga v. Commissioner of Social Security |
| 2:17-cv-273 | Santos v. County of Lake, Indiana et al |

| | |
|---|---|
| 2:17-cv-287 | Indiana Harbor Belt Railroad Co. v. United Rail Service Inc et al |
| 2:17-cv-302 | Victor v. Commissioner of Social Security |
| 2:17-cv-305 | Meeks v. Menard Inc |
| 2:17-cv-306 | Jarrell v. Commissioner of Social Security |
| 2:17-cv-313 | Hancock v. Navient Solutions LLC |
| 2:17-cv-316 | Salgado v. City of East Chicago Indiana |
| 2:17-cv-335 | Johnson v. Griffin et al |
| 2:17-cv-337 | McGee v. Commissioner of Social Security |
| 2:17-cv-341 | Allstate Insurance Co. v. Grigsby et al |
| 2:17-cv-356 | Beck v. L.R.F. Knife Co. et al |
| 2:17-cv-372 | Smith v. Swift Transportation Co. of Arizona LLC et al |
| 2:17-cv-375 | State Farm Mutual Automobile Insurance Co. v. M. C. et al |
| 2:17-cv-389 | Cross v. Gary City of et al |
| 2:17-cv-403 | United States of America v. Savani et al |
| 2:17-cv-426 | Page v. Grand Trunk Western Railroad Company |
| 2:17-cv-450 | Woodley v. P.O. Zabrecky #517 et al |
| 2:17-cv-473 | Diehl v. Valmet Inc |
| 2:17-cv-476 | Wayne v. Lake Station City of et al |
| 2:18-cv-3 | JB v. The United States of America et al |
| 2:18-cv-13 | Smith v. Anonymous Healthcare Provider "A" et al |
| 2:18-cv-19 | Patterson v. Campagna Academy |
| 2:18-cv-36 | Nicholson et al v. Gary Railway Company et al |
| 2:18-cv-58 | Reed v. Burlington Coat Factory |
| 2:18-cv-75 | Merchants Bonding Company (Mutual) v. Apex Capital Corp et al |
| 2:18-cv-88 | Cross et al v. Denton et al |
| 2:18-cv-101 | Avelar v. Indiana Grocery Group LLC |
| 2:18-cv-106 | Moore v. Calumet Township of Lake County et al |
| 2:18-cv-107 | Camp Jr v. Sunpro Inc |
| 2:18-cv-113 | USA et al v. Mid-America Psychological & Counseling Services PC |
| 2:18-cv-115 | Hamernick v. Daniels et al |
| 2:18-cv-116 | Berry v. Star Line Trucking Corp et al |
| 2:18-cv-118 | Ross v. O'Hara |
| 2:18-cv-120 | Jamison v. Schnider National Carrier Inc |
| 2:18-cv-133 | Bledsoe v. Medtronic Inc |
| 2:18-cv-177 | Kokak LLC v. Auto-Owners Insurance Company |
| 2:18-cv-190 | Nautilus Insurance Company v. JDW Inc et al |
| 2:18-cv-199 | United States of America v. $25,390.00 in U.S. Currency |
| 2:18-cv-210 | United States of America et al v. Centers for Pain Control Inc et al |
| 2:18-cv-222 | United States of America v. Miley et al |
| 2:18-cv-225 | Schaap v. Arnold Scott Harris PC et al |
| 2:18-cv-229 | Mulhern v. ADT Security Services LLC et al |
| 2:18-cv-233 | Tufo v. Tufo |
| 2:18-cv-259 | Dircks v. Lake County Sherriff's Office The |
| 2:18-cv-261 | Suleiman v. Pella Corporation |
| 3:10-cv-22 | Corley v. USA |
| 3:16-cv-427 | Johnson v. USA |
| 4:16-cv-4 | Morehouse et al v. Fluor Enterprises Inc et al |
| 4:16-cv-42 | Ball Corporation et al v. Air Tech of Michigan Inc |
| 4:16-cv-88 | Ranburn Corporation v. Argonaut Insurance Company et al |

| 4:16-cv-89 | Cannon v. Commissioner of Social Security |
| 4:17-cv-12 | Story v. Fiat Chrysler Automotive |
| 4:17-cv-17 | Wireman v. Commissioner of Social Security |
| 4:17-cv-19 | Heazeltine v. Commissioner of Social Security |
| 4:17-cv-21 | Fidelity & Deposit Co. of Maryland v. Jack Isom Construction Co Inc et al |
| 4:17-cv-38 | Frazier v. Commissioner of Social Security |
| 4:17-cv-53 | Shrock v. Drug Plastics And Glass Company Inc |
| 4:17-cv-64 | Chapman v. Talbert Manufacturing Inc |
| 4:17-cv-67 | Sellers v. Commissioner of Social Security |
| 4:17-cv-69 | Aldrich v. Commissioner of Social Security |
| 4:17-cv-79 | Carter v. Malone Sports Center LLC et al |
| 4:17-cv-84 | VanHoosier v. Franciscan Alliance Inc |
| 4:17-cv-86 | The Travelers Indemnity Company v. Johnson |
| 4:17-cv-96 | Peterson v. IU White Health |
| 4:17-cv-97 | Peters v. AvanteUSA Ltd |
| 4:18-cv-10 | East v. City of Lafayette Indiana et al |
| 4:18-cv-11 | Edmondson v. Brennan & Clark LLC et al |
| 4:18-cv-28 | Husainy v. Gutwein LLP |
| 4:18-cv-34 | Landis et al v. Hamstra-Wiers LLC |
| 4:18-cv-44 | Dunlap v. Casey's General Stores Inc |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on May 1, 2019

s/ Theresa L. Springmann

Chief Judge Theresa L. Springmann
United States District Court