UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Due to the Honorable Jon E. DeGuilio now sharing a caseload equal to 50% of the total number of cases assigned to an active judge, the Clerk is hereby directed to reassign the following cases from Judge Jon E. DeGuilio to Judge Damon R. Leichty as the presider for all further proceedings:

| | |
|---|---|
| 3:10-cv-00022 | Corley v. USA |
| 3:20-cv-00929 | OrthoPediatrics Corp et al v. Wishbone Medical Inc et al |
| 3:20-cv-00970 | Superior Axle LLC v. Greenball Corp |
| 3:21-cv-00252 | American Home Assurance Co v. Makita Corp et al |
| 3:21-cv-00529 | Porter v. T & T Farms Inc et al |
| 3:21-cv-00961 | Kleven et al v. St. Joseph County et al |
| 3:22-cv-00440 | Dawson v. Norfolk Southern Railway Company |
| 3:22-cv-00858 | Hill v. Lakeland School Corporation et al |
| 3:22-cv-00947 | The Carnevale Family Revocable Trust et al v. Freightliner Custom Chassis Corporation et al |
| 3:22-cv-01017 | Fassler v. Forest River Inc |
| 3:22-cv-01029 | Ally Financial Inc v. Dunn |
| 3:23-cv-00014 | Furhmark v. Travel Lite Inc |
| 3:23-cv-00081 | Goins v. Corley |
| 3:23-cv-00126 | Nowatzke v. Brisenau et al |
| 3:23-cv-00135 | Knapp v. Broadway Home Improvement Inc et al |
| 3:23-cv-00169 | Mujica et al v. Newmar Corporation et al |
| 3:23-cv-00206 | Gastal v. Heartland Recreational Vehicles LLC |
| 3:23-cv-00263 | Zimmer US Inc v. Miller |
| 3:23-cv-00320 | Kang v. AC3 INC |
| 3:23-cv-00338 | McVoy v. IDEX Corporation et al |
| 3:23-cv-00391 | Monks v. Wabash Castings LLC |

| | |
|---|---|
| 3:23-cv-00392 | Holloway v. TrueAccord Corp. |
| 3:23-cv-00450 | Chapin v. Forest River Inc et al |
| 3:23-cv-00479 | Shields v. American Signature Inc |
| 3:23-cv-00547 | Lengacher et al v. Wayne et al |
| 3:23-cv-00551 | Forte v. Insomnia Cookies LLC et al |
| 3:23-cv-00560 | Holloway v. Firstsource Advantage LLC |
| 3:23-cv-00618 | McCrindle v. City of Goshen |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on July 17, 2023

 s/ Holly A. Brady          
Chief Judge Holly A. Brady
United States District Court