AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

ODELL CORLEY;

              Petitioner

        v.                      **Civil Action No.**     3:10cv22
                                        (Arising from 3:02cr116)

UNITED STATES OF AMERICA;

              Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____ the amount of
_____ dol lars ($_____), which includes
prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ %
per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ r ecover costs from the plaintiff *(name)*
_____.

**X** other:  The Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 is DISMISSED
AS MOOT. _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a Joint Motion to Dismiss. _____

DATE:___12/13/2023_____    *Chanda J. Berta, Clerk of Court*

                                     by_____S/ J. Darrah_____
                                      *Signature of Clerk or Deputy Clerk*